JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK doing business as BALBOA CAPITAL CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A AND A FREIGHT SYSTEMS INC, a Texas corporation, and BIRINDER SINGH, an individual,<br><br>　　　　Defendants. | Case No. 8:23-cv-02323-JWH-JDE<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Plaintiff's Motion for Default Judgment" entered substantially concurrently herewith,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a).

2. Plaintiff Ameris Bank, doing business as Balboa Capital Corporation, shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Defendants A&A Freight Systems Inc. and Birinder Singh, jointly and severally, in the amount of **$333,312.41** (consisting of the combined principal amount of $278,342.65; prejudgment interest of $37,999.39; litigation costs of $603.00; and attorneys' fees of $16,367.37).

3. Other than potential post-judgment remedies, to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 23, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE